## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 105 MM 2014
:
                Respondent : 
:
:
:
          v. :
:
:
:
MARK ETHAN MCFALL, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal is **GRANTED**. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.